UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHAMPION LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC, <br><br> Defendants**.** | Case No. 1:10-CV-02371 OWW -DLB <br><br> Hon. Oliver W. Wanger <br><br> **ORDER RESCHEDULING TELEPHONIC STATUS CONFERENCE** <br><br> DATE:  February 23, 2011 <br> TIME:  12:00 p.m. <br> COURTROOM:  3 (7th Floor) |

Upon consideration of the parties' joint stipulation, and finding good cause for the relief requested therein,

**IT IS HEREBY ORDERED** that the Telephonic Status Conference previously scheduled for 12:00 p.m. on February 17, 2011 (Dkt. 17) is **RESCHEDULED** for 12:00 p.m. on February 23, 2011.

Dated:  February 10, 2011         /s/ OLIVER W.WANGER
                                  United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com