1  MARK D. MILLER  (California Bar No. 116349) (mmiller@kmulaw.com)
   MARCUS N. DiBUDUO (California Bar No. 258684) (mdibuduo@kmulaw.com)
2  KIMBLE, MacMICHAEL & UPTON
   A Professional Corporation
3  5260 North Palm, Suite 221
   Fresno, California  93704
4  Telephone:  (559) 435-5500
   Facsimile:  (559) 435-1500
5
6  BRIAN W. LEWIS (Illinois Bar No. 6190792) *admitted pro hac vice*
7  PAUL OLSZOWKA (Illinois Bar No. 6291267) *admitted pro hac vice*
   MARK NAHNSEN (Illinois Bar No. 6271361) *admitted pro hac vice*
8  BARNES & THORNBURG LLP
   One North Wacker Drive, Suite 4400
9  Chicago, Illinois  60606-2833
   Telephone: (312) 357-1212
10 Facsimile: (312) 759-5646

11 *Attorneys for Plaintiff*
12 CHAMPION LABORATORIES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

* * *

| | |
|---|---|
| CHAMPION LABORATORIES, INC., a Delaware Corporation, | Case No. 1:10-cv-02371 OWW DLB |
| Plaintiff, | **ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL [L.R. 141]** |
| v. | |
| PARKER-HANNIFIN CORPORATION, including its Racor Division, and PARKER INTANGIBLES, LLC, | **Date:** March 28, 2011<br>**Time:** 10:00 a.m.<br>**Ctrm:** 3 (7th Floor) |
| Defendants. | |

   Plaintiff CHAMPION LABORATORIES, INC. ("Champion"), has applied to file the following documents under seal:

   1.   Plaintiff Champion Laboratories, Inc.'s Memorandum of Points and Authorities in Opposition to Motion to Dismiss; and

---

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL [L.R. 141]
Case No. 1:10-cv-02371 OWW DLB

PDF created with pdfFactory trial version www.pdffactory.com

2. Declaration of Paul Olszowka in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss (and supporting Exhibits A–F).

The Court, having considered Plaintiff's request to file the above-listed documents under seal, and finding good cause,

IT IS HEREBY ORDERED that the foregoing documents shall be filed under seal pursuant to Local Rule 141.

Dated: March 18, 2011      /s/ OLIVER W. WANGER
United States District Judge

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL [L.R. 141]
CASE NO. 1:10-cv-02371 OWW DLB

PDF created with pdfFactory trial version www.pdffactory.com