MARK D. MILLER (California Bar No. 116349) (mmiller@sierraiplaw.com)
MARCUS N. DiBUDUO (California Bar No. 258684) (mdibuduo@ sierraiplaw.com)
SIERRA IP LAW, PC
A Professional Corporation
6780 N. West Avenue, Suite 102
P. O. Box 5637
Fresno, California 93755-5637
Telephone: (559) 435-5500
Facsimile: (559) 436-3819

BRIAN W. LEWIS (Illinois Bar No. 6190792)
PAUL OLSZOWKA (Illinois Bar No. 6291267)
MARK NAHNSEN (Illinois Bar No. 6271361)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606-2833
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

*Attorneys for Plaintiff*
CHAMPION LABORATORIES, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

* * *

| | |
|---|---|
| CHAMPION LABORATORIES, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PARKER-HANNIFIN CORPORATION, including its Racor Division, and PARKER INTANGIBLES, LLC,<br><br>    Defendants. | Case No. 1:10-cv-02371 OWW DLB<br><br>**STIPULATION FOR AN EXTENSION OF TIME (1) FOR PLAINTIFF TO FILE ITS AMENDED COMPLAINT; (2) FOR DEFENDANTS TO RESPOND THERETO; AND (3) FOR THE DATE OF SCHEDULING CONFERENCE**<br><br>**AND ORDER THEREON** |

WHEREAS, on May 17, 2011, the Court issued its Memorandum Opinion regarding Defendants' Motion to Dismiss ("Order");

WHEREAS, pursuant to said Order Plaintiff CHAMPION LABORATORIES, INC. ("Champion") currently has until June 6, 2011 within which to file an amended complaint;

WHEREAS, pursuant to said Order Defendants PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC (collectively "Parker") have until June 26, 2011 within which to respond to Plaintiff's amended complaint;

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
6780 N. WEST AVE., STE. 102
P. O. Box 5637
FRESNO, CA 93755-5637

STIPULATION FOR AN EXTENSION OF TIME (1) FOR PLAINTIFF TO FILE ITS AMENDED COMPLAINT; (2) FOR DEFENDANTS TO RESPOND THERETO; AND (3) FOR THE DATE OF SCHEDULING CONFERENCE AND ORDER THEREON
1

1  WHEREAS, Plaintiff and Defendants wish to extend the time for Plaintiff to file its amended complaint and for Defendants to respond thereto; and

WHEREAS, the pleadings will not be final as of June 22, 2011, which is the date currently set for the Scheduling Conference in this matter, such that said Conference should be continued to a later date.

NOW, THEREFORE, IT IS HEREBY STIPULATED, CONSENTED, AND AGREED TO by and between the parties through their respective counsel, as follows:

(1) that the time for Plaintiff to file its amended complaint shall be extended until and including **June 16, 2011**; and

(2) That the time for Defendants to respond to Plaintiff's amended complaint shall be extended until and including **July 15, 2011**.

IT IS FURTHER STIPULATED, CONSENTED, AND AGREED TO by and between the parties, that with the Court's permission, the July 22, 2001 Scheduling Conference date be vacated, and that the Scheduling Conference be rescheduled to **August 25, 2011**.

DATED: May 25, 2011            Respectfully submitted,

SIERRA IP LAW, PC
Mark D. Miller
Marcus N. DiBuduo

BARNES & THORNBURG LLP
Brian W. Lewis
Paul Olszowka
Mark Nahnsen

By:  /s/_____
     Paul Olszowka

*Attorneys for Plaintiff,*
CHAMPION LABORATORIES, INC.

*Attorneys for Defendants*

- and -

_____
STIPULATION FOR AN EXTENSION OF TIME (1) FOR PLAINTIFF TO FILE ITS AMENDED COMPLAINT; (2) FOR DEFENDANTS TO RESPOND THERETO; AND (3) FOR THE DATE OF SCHEDULING CONFERENCE AND ORDER THEREON

2

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
6780 N. WEST AVE., STE. 102
P. O. Box 5637
FRESNO, CA  93755-5637

DATED: May 25, 2011            Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

/s/
Francis DiGiovanni

*Attorneys for Defendants
Parker-Hannifin Corporation and
Parker Intangibles LLC*

IT IS SO ORDERED.

Dated:   **May 25, 2011**                    **/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
6780 N. WEST AVE., STE. 102
P. O. Box 5637
FRESNO, CA  93755-5637

STIPULATION FOR AN EXTENSION OF TIME (1) FOR PLAINTIFF TO FILE ITS AMENDED COMPLAINT; (2) FOR DEFENDANTS TO RESPOND THERETO; AND (3) FOR THE DATE OF SCHEDULING CONFERENCE AND ORDER THEREON

3