MARK D. MILLER (California Bar No. 116349) (mmiller@ sierraiplaw.com)
MARCUS N. DiBUDUO (California Bar No. 258684) (mdibuduo@ sierraiplaw.com)
SIERRA IP LAW, PC
A Professional Corporation
6780 N. West Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 436-3800
Facsimile: (559) 436-4800

BRIAN W. LEWIS (Illinois Bar No. 6190792)
PAUL OLSZOWKA (Illinois Bar No. 6291267)
MARK NAHNSEN (Illinois Bar No. 6271361)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606-2833
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

*Attorneys for Plaintiff*
CHAMPION LABORATORIES, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

* * *

| | |
|---|---|
| CHAMPION LABORATORIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PARKER-HANNIFIN CORPORATION, including its Racor Division, and PARKER INTANGIBLES, LLC,<br><br>Defendants. | Case No. 1:10-cv-02371 OWW DLB<br><br>**JOINT MOTION TO (1) ADJOURN HEARING ON MOTION TO DISMISS AND (2) THE DATE OF SCHEDULING CONFERENCE AND ORDER THEREON** |

WHEREAS, on July 18, 2011, Plaintiff CHAMPION LABORATORIES, INC. ("Champion") and Defendants PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC (collectively "Parker") conducted a mediation of another action between the parties pending in the Court of Appeal for the Federal Circuit;

WHEREAS, as part of that settlement, the Champion and Parker have also tentatively resolved this action;

///

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
6780 N. WEST AVE., STE. 102
FRESNO, CA 93711

**JOINT MOTION TO (1) ADJOURN HEARING ON MOTION TO DISMISS AND (2) THE DATE OF SCHEDULING CONFERENCE AND ORDER THEREON**
1

1    WHEREAS, Champion and Parker are presently finalizing the settlement and
2 anticipate completing the agreement no later than September 12, 2011, and in that event shall file
3 a joint motion to dismiss this action;

4    WHEREAS, a hearing on Parker's Motion to Dismiss is currently scheduled for
5 August 22, 2011 and a Scheduling Conference is set for August 25, 2011;

6    WHEREAS, Champion's Opposition to Parker's Motion is currently due on
7 August 8, 2011 and Parker's Reply is due on August 15, 2011; and

8    WHEREAS, Champion and Parker have agreed to extend these dates in the event
9 that the parties are unable to reach a final settlement; and

10    WHEREAS, Champion and Parker request that the August 22, 2011 Hearing and
11 August 25, 2011 Scheduling Conference be continued to a later date.

12    NOW, THEREFORE, IT IS HEREBY STIPULATED, CONSENTED, AND
13 AGREED TO by and between the parties through their respective counsel, as follows:

(1) that the time for Champion to file its opposition to Parker's motion to dismiss shall be extended until and including **September 30, 2011**; and

(2) That the time for Parker to file a reply to Champion's opposition shall be extended until and including **October 14, 2011**.

(3) IT IS FURTHER STIPULATED, CONSENTED, AND AGREED TO by and between the parties, that with the Court's permission, the Motion to Dismiss shall be rescheduled until October 21, 2011 or as soon as it may be heard thereafter by the Court and that the Scheduling Conference shall be rescheduled to October 24, 2011 or as soon thereafter as it may be conducted by the Court.

///
///
///
///
///

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
6780 N. WEST AVE., STE. 102
FRESNO, CA  93711

**JOINT MOTION TO (1) ADJOURN HEARING ON MOTION TO DISMISS AND (2) THE DATE OF SCHEDULING CONFERENCE AND ORDER THEREON**
2

1 | DATED: August 4, 2011           Respectfully submitted,

2 | SIERRA IP LAW, PC                BARNES & THORNBURG LLP
    Mark D. Miller                   Brian W. Lewis
3 | Marcus N. DiBuduo                Paul Olszowka
                                     Mark Nahnsen
4
                          By:   /s/_____
5                               Paul Olszowka

6                               *Attorneys for Plaintiff,*
                                CHAMPION LABORATORIES, INC.
7
                                *Attorneys for Defendants*
8
                                - and -
9
                                CONNOLLY BOVE LODGE & HUTZ LLP
10
                                */s/ Francis DiGiovanni*
11                              Francis DiGiovanni (Pro Hac Vice)
                                *Attorneys for Defendants*
12                              *Parker-Hannifin Corporation and*
                                *Parker Intangibles LLC*
13

14

15

16 | IT IS SO ORDERED.

17
      Dated:   **August 12, 2011**              **/s/ Oliver W. Wanger**
18                                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
Sierra IP Law, PC
A Professional Corporation
6780 N. West Ave., Ste. 102
Fresno, CA 93711

**JOINT MOTION TO (1) ADJOURN HEARING ON MOTION TO DISMISS AND (2) THE DATE OF SCHEDULING CONFERENCE AND ORDER THEREON**

3