MARK D. MILLER (California Bar No. 116349) (mmiller@ sierraiplaw.com)
MARCUS N. DiBUDUO (California Bar No. 258684) (mdibuduo@ sierraiplaw.com)
SIERRA IP LAW, PC
A Professional Corporation
6780 N. West Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 436-3800
Facsimile: (559) 436-4800

BRIAN W. LEWIS (Illinois Bar No. 6190792)
PAUL OLSZOWKA (Illinois Bar No. 6291267)
MARK NAHNSEN (Illinois Bar No. 6271361)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606-2833
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

*Attorneys for Plaintiff*
CHAMPION LABORATORIES, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

* * *

| | |
|---|---|
| CHAMPION LABORATORIES, INC., a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PARKER-HANNIFIN CORPORATION, including its Racor Division, and PARKER INTANGIBLES, LLC,<br><br>　　　　　　Defendants. | Case No. 1:10-cv-02371 OWW DLB<br><br>**NOTICE OF STIPULATION FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON** |

IT IS HEREBY STIPULATED, by and between Plaintiff CHAMPION LABORATORIES, INC. ("Champion") and Defendants PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC (collectively "Parker"), through their respective counsel, that the above-referenced action, including all claims and counter-claims, be and hereby is voluntarily dismissed in its entirety by all parties, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party bearing its own costs and

//

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
6780 N. WEST AVE., STE. 102
FRESNO, CA 93711

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
1

attorneys' fees in this action.

DATED: September 16, 2011              Respectfully submitted,

SIERRA IP LAW, PC                      BARNES & THORNBURG LLP
Mark D. Miller                         Brian W. Lewis
Marcus N. DiBuduo                      Paul Olszowka
                                       Mark Nahnsen

                              By:      /s/ *Paul Olszowka*
                                       Paul Olszowka

                                       *Attorneys for Plaintiff,*
                                       CHAMPION LABORATORIES, INC.

                                       *Attorneys for Defendants*

                              - and -

                                       CONNOLLY BOVE LODGE & HUTZ LLP

                                       */s/ Francis DiGiovanni*
                                       Francis DiGiovanni (Pro Hac Vice)
                                       *Attorneys for Defendants*
                                       *Parker-Hannifin Corporation and*
                                       *Parker Intangibles LLC*

                              **ORDER**

IT IS SO ORDERED.

Dated:  September 26, 2011             _____
                                       CHIEF UNITED STATES DISTRICT JUDGE

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
6780 N. WEST AVE., STE. 102
FRESNO, CA 93711

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON
2